560

*Earl Brewer* for petitioners. *Messrs. Greek L. Rice, William Henry Maynard,* and *William Dow Conn, Jr.,* for respondent.

No. 335. NOBLE ET AL. *v.* OKLAHOMA CITY; and
No. 336. HIGGINS ET AL. *v.* SAME. October 14, 1935. Petition for writs of certiorari to the Supreme Court of Oklahoma granted. *Messrs. Charles H. Garnett, Warren E. Libby, Henry L. Goddard, Fred E. Suits* and *Fred Ptak* for petitioners. *Messrs. Harlan T. Deupree* and *W. H. Brown* for respondent.

No. 351. TERMINAL WAREHOUSE Co. *v.* PENNSYLVANIA R. Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. T. R. White, Walter W. Ahrens, John J. Hickey,* and *Wm. A. Schnader* for petitioner. *Messrs. John Hampton Barnes, Frederic D. McKenney, M. Hampton Todd, Robert T. McCracken,* and *George G. Chandler* for respondents.

No. 356. WINE RAILWAY APPLIANCE Co. *v.* ENTER- PRISE RAILWAY EQUIPMENT Co. October 14, 1935. Peti- tion for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Gilbert P. Ritter* for petitioner. *Mr. George I. Haight* for respondent.

No. 360. PENNSYLVANIA R. Co. *v.* ILLINOIS BRICK Co. October 14, 1935. Petition for writ of certiorari to the Appellate Court of Illinois, First District, granted.